12/2/21, 5:46 PM                                    Noblesville Schools Mail - Flyers for my group



## Flyers for my group

11 messages

███████████████████████████                                    Tue, Aug 31, 2021 at 6:34 PM

To: Janae Mobley <janae_mobley@nobl.k12.in.us>

Good evening, I wanted to send you digital copies of the flyers I want to post to advertise my call out meeting. I have files for them, but they are too large to send so here are screenshots of both flyers.

Thank you and have a great night,

███████████



EXHIBIT

Mobley 14
1/17/22    AP

12/2/21, 5:46 PM                                    Noblesville Schools Mail - Flyers for my group



TOPIC:

WHEN:

WHERE:

SPONSORED BY:







**Janae Mobley** <janae_mobley@nobl.k12.in.us>
To:

Wed, Sep 1, 2021 at 11:03 AM

12/2/21, 5:46 PM                                Noblesville Schools Mail - Flyers for my group

,

We need flyers advertising that this is a 'Noblesville Students for Life' Club meeting location, date, and time. <mark>We do not need the pictures of the signage.</mark> For example, our Young Republican's club does not display items for the Republican Party. <mark>Their flyers just simply state the club name and meeting/call-out information.</mark> Then obviously at the club meeting and call-out, you guys can discuss whatever is your topic at hand.

In the future, I will probably have you run these by Mr. McCauley first to get appropriate revisions made. After his approval, we can then get them to an administrator to approve prior to hanging in the halls. Thank you, ▮▮▮

 **Janae D. Mobley**
Noblesville High School
Assistant Principal

[Quoted text hidden]

---

**Brian McCauley** <brian_mccauley@nobl.k12.in.us>                    Wed, Sep 1, 2021 at 11:51 AM
To: ▮▮▮

Hi ▮▮▮

The best thing to do for the flyers is to simply put this info on them:

Noblesville Students for Life Club

Meeting Date: ???

Meeting time: ???

Meeting location: ???

Once you get the flyer finished, will you please email it to me so that I can approve it?

thanks,
Mr. McCauley

---------- Forwarded message ---------
From: **Janae Mobley** <janae_mobley@nobl.k12.in.us>
Date: Wed, Sep 1, 2021 at 11:04 AM
Subject: Fwd: Flyers for my group
To: Brian McCauley <brian_mccauley@nobl.k12.in.us>

Can you work with ▮▮▮ on this for a revised version? Thank you.

 **Janae D. Mobley**
Noblesville High School
Assistant Principal

[Quoted text hidden]

--
Brian McCauley
Noblesville High School
Social Studies Department
317.773.4680

---

▮▮▮                                                              Wed, Sep 1, 2021 at 4:31 PM
To: Brian McCauley <brian_mccauley@nobl.k12.in.us>

12/2/21, 5:46 PM                                         Noblesville Schools Mail - Flyers for my group

Hey! I can fill in the info. My initial plan was to just write it in but I can do it digitally. Also, do you know if the call out meeting is official? Basically, are we waiting on anyone to approve it, or can I go ahead and start advertising the call out on social media, the announcements, and with the flyers (once I get them finished and send them to you)?
[Quoted text hidden]

---

**Brian McCauley** <brian_mccauley@nobl.k12.in.us>                                    Wed, Sep 1, 2021 at 9:10 PM
To: ████████████████████████████

Hi ██████

You can create the flyer(s) by hand if that was your plan and then take a picture of it and send it to me for approval. You don't have to create it digitally if you don't want to.

Also, please email Mr. Luna to confirm the call-out date for Thursday, 9/9 at 2:40pm in 2216. Hopefully we will get confirmation by tomorrow.

thanks,
Mr. McCauley
[Quoted text hidden]

---

████████████████████████████                                                         Wed, Sep 1, 2021 at 9:34 PM
To: Brian McCauley <brian_mccauley@nobl.k12.in.us>

When I met with Mrs. Mobley on August 27th, she sent an email to Mr. Luna regarding my club and cced me in it and he hasn't responded. I also tried reaching Mr. Luna a second time but I can't get a response. I can try again and copy you in the email, unless you just want to try reaching out to him directly. That may work better when it comes to reaching him.

When it comes to the flyers, I was hoping to use the ones from the Students For Life website. My plan was to take the SFL flyers and put in the information either after printing the flyers by just using a marker or by editing on the information on and printing it. Overall, the intent is to use the template from SFL and add in our club information.
[Quoted text hidden]

---

**Brian McCauley** <brian_mccauley@nobl.k12.in.us>                                    Thu, Sep 2, 2021 at 9:29 AM
To: ████████████████████████████

I'll email Mr. Luna today to see if having the NSFL call out meeting on 9/9 at 2:40 is fine.

Also, I think it is best just to have this info only on the flyers: (no pictures, etc.)

Noblesville Students for Life Club

Meeting Date: ???

Meeting time: ???

Meeting location: ???

Send me a pic of the final flyer and we'll get it figured out.

have a great day,
Mr. McCauley

[Quoted text hidden]

---

████████████████████████████                                                         Thu, Sep 2, 2021 at 10:14 AM
To: Brian McCauley <brian_mccauley@nobl.k12.in.us>

Sounds good, thanks! I'll get to work on making the flyers.
[Quoted text hidden]

12/2/21, 5:46 PM                          Noblesville Schools Mail - Flyers for my group

**Brian McCauley** <brian_mccauley@nobl.k12.in.us>                    Fri, Sep 3, 2021 at 12:49 PM
To: ████████████████████████████████████
Cc: Benjamin Blackwell <benjamin_blackwell@nobl.k12.in.us>

████,

I'm sorry, but Dr. McCaffrey decided to not approve the Students for Life Club.

Thank you for leading it and trying to begin a group here at NHS.

Maybe it will be an option in the future.

Please let me know if I can help you in the future with anything else.

It was fun getting to know you, and I hope your school year continues to go well!

Sincerely,
Mr. McCauley
[Quoted text hidden]

████████████████████████████████████                              Fri, Sep 3, 2021 at 6:40 PM
To: Brian McCauley <brian_mccauley@nobl.k12.in.us>

Hello Mr. McCauley,

Could you please provide me with the reason why Noblesville Students for Life was denied to be an official club? Thanks!
[Quoted text hidden]

**Brian McCauley** <brian_mccauley@nobl.k12.in.us>                    Fri, Sep 3, 2021 at 10:23 PM
To: ████████████████████████████████████

Hi Emma,

I do not know.

Dr. McCaffrey let me know today but did not tell me why. I haven't had a chance to talk to Dr. McCaffrey or Mrs. Mobley about it.

Probably the best thing to do would be to email both of them and/or schedule a meeting to talk with them about it.

I'm sorry it didn't work out and that I can't give you the reason the club was not allowed.

Sincerely,
Mr. McCauley
[Quoted text hidden]